NORLIN INDUSTRIES, INC. v. MUSIC ARTS, INC.

No. 323P84.

Case below: 67 N.C. App. 300.

Petition by defendants for writ of certiorari to North Carolina Court of Appeals denied 6 July 1984.

POYTHRESS v. LIBBEY-OWENS FORD CO.

No. 259P84.

Case below: 67 N.C. App. 720.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 July 1984.

PRESBYTERIAN HOSPITAL v. McCARTHA

No. 83PA84.

Case below: 66 N.C. App. 177.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed as to a limited question 6 July 1984. Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 6 July 1984.

REDEVELOPMENT COMMISSION OF GREENSBORO v. FORD

No. 221P84.

Case below: 67 N.C. App. 470.

Petition by defendant National Advertising Company for discretionary review under G.S. 7A-31 denied 6 July 1984.

SATTERFIELD v. PAPPAS

No. 212P84.

Case below: 67 N.C. App. 28.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 July 1984.